**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:  Rebellion Energy II, LLC v. Liberty Resources Powder River
Operating, LLC and Liberty Resources Management
Company, LLC

Appellate case number:  01-19-00413-CV

Trial court case number:  2019-16000

Trial court:  270th District Court of Harris County

Appellant, Rebellion Energy II, LLC, timely filed a notice of appeal on June 3, 2019, from the trial court's May 31, 2019 interlocutory order denying its motion to compel arbitration. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.016, 171.098(a) (West 2014). On June 5, 2019, appellant filed this emergency motion to stay trial court proceedings, including its summary judgment motion opposition memorandum due by June 6, 2019, pending resolution of the interlocutory appeal.

Appellant's emergency motion to stay is **GRANTED**. Accordingly, all proceedings in the trial court, including appellant's summary judgment motion opposition memorandum deadline, are stayed pending disposition of this appeal or further order of this Court. *See* TEX. R. APP. P. 29.3 (noting that, after appeal from interlocutory order is perfected, "appellate court may make any temporary orders necessary to preserve the parties' rights until disposition of the appeal and may require appropriate security.").

It is so ORDERED.

Judge's signature: ___/s/ Richard Hightower_____
    x Acting individually ☐ Acting for the Court
Date: __June 5, 2019____